807 A.2d 830

**Robin KRIPP, Respondent,**

v.

**Anthony KRIPP, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 23, 2002.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of September, 2002, the Petition for Allowance of Appeal is hereby GRANTED, LIMITED to the following issue:

Whether parol evidence should have been admitted to ascertain the parties' intended definition of the term "cohabitation" in a property settlement agreement?

Justice EAKIN did not participate in the consideration of this matter.